UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YASMINE N. BLACK

                    Plaintiff,

          v.

NEW YORK CITY HOUSING AUTHORITY,

                    Defendant.

25-CV-5126 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On June 17, 2025, Plaintiff Yasmine Black, proceeding *pro se*, filed the initial complaint in this action against Defendant New York City Housing Authority (NYCHA).  Dkt. No. 1 (Compl.).  On November 3, 2025, NYCHA filed a motion to dismiss.  Dkt. No. 14 (Def.'s Mot.).  On March 25, 2026, Plaintiff, with leave of this Court, filed an amended complaint, Dkt. No. 38 (Am. Compl.), to which NYCHA's response is pending.  Dkt. No. 42 (April 15, 2026 order concerning NYCHA's response).  As the initial complaint is no longer operative, NYCHA's initial motion to dismiss is denied as moot.  This order does not modify the deadline for NYCHA's response set in the Court's April 15, 2026 order.  The Clerk of Court is respectfully directed to close the motion pending at Docket Number 14 and to mail a copy of this order to Plaintiff at the address listed on the docket.

SO ORDERED.

Dated:        April 24, 2026
              New York, New York

_____
Ronnie Abrams
United States District Judge